IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID L. GUSMAN, | ) | 8:15CV320 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| IMMANUEL HOSPITAL, and | ) | |
| APPLE, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

On September 1, 2015, the court ordered Plaintiff to pay the $400.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 6th day of October, 2015.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge